OFFICE OF DISCIPLINARY COUNSEL *v.* COLBURN.

[Cite as Disciplinary Counsel *v.* Colburn (1989), 42 Ohio St. 3d 173.]

(No. D.D. 88-14—Submitted March 7, 1989—Decided May 10, 1989.)

counsel, and *Carl J. Corletzi,* for relator.

*Joseph L. Colburn, Jr., pro se.*

*Per Curiam.* We concur with the board's findings and recommendation. Accordingly, respondent is hereby indefinitely suspended from the practice of law in Ohio. He is to be given credit for two years of the period of suspension to be applied as of the date of his release from incarceration. Costs taxed to respondent.

*Judgment accordingly.*

MOYER, C.J., SWEENEY, HOLMES, DOUGLAS, WRIGHT, H. BROWN and RESNICK, JJ., concur.

*J. Warren Bettis,* disciplinary